# United States Court of Appeals
## For the First Circuit

_____

No. 23-1168

BRIAN SMITH,

Plaintiff, Appellant,

v.

PRUDENTIAL INSURANCE COMPANY OF AMERICA,

Defendant, Appellee.
_____

Before

Rikelman, Lipez, and Thompson,

<u>Circuit Judges</u>.

**ORDER OF COURT AND CERTIFICATION OF QUESTION TO
THE SUPREME COURT OF RHODE ISLAND**

**Entered: December 6, 2023**

This cause came on to be heard on appeal from the United States District Court for the District of Rhode Island and was argued by counsel. For the reasons stated in our opinion in this case, submitted with this order, we certify the following question to the Rhode Island Supreme Court:

> In light of Rhode Island General Laws § 27-18-3(a)(11) and Rhode Island public policy (including Rhode Island Constitution article I, section 5), would Rhode Island enforce the limitations scheme in this case to bar Smith's lawsuit against Prudential?

We welcome the guidance of the Rhode Island Supreme Court on any other relevant aspect of Rhode Island law that it concludes would aid in the proper resolution of this case, including the choice-of-law issue.

The clerk of this court is directed to forward to the Rhode Island Supreme Court, under the official seal of this court, a copy of the certified question and our decision in this case, along with copies of the briefs and appendices filed by the parties in this appeal, which provide all facts relevant to the issue certified.   We retain jurisdiction pending the Rhode Island Supreme Court's determination.   The case shall be stayed until further order of the court.

By the Court:

Maria R. Hamilton, Clerk

cc: Hon. Mary S. McElroy, Hanorah Tyer-Witek, Clerk, United States District Court for the District of Rhode Island, Meredith Benoit, Clerk, Rhode Island Supreme Court, George Eric Lieberman, Sara E. Sweeney, Ian H. Morrison